UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Frank E. Bohrn,                                                            Civ. No. 18-826 (MJD/BRT)

          Petitioner,

v.

                                                 **ORDER**

Warden R. Marquez,

          Respondent.

---

This matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated May 3, 2018. Petitioner has objected to the Magistrate Judge's recommendation that this Court deny his habeas petition.

Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court will ADOPT the Report and Recommendation in its entirety.

Based on the Report and Recommendation of the Magistrate Judge, the applicable law and the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1.  Petitioner's Petition for a writ of habeas corpus (Doc. No. 1) is **DISMISSED** for lack of subject-matter jurisdiction; and

2.  This action is **DISMISSED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Date: May 25, 2018

*s/Michael J. Davis*
MICHAEL J. DAVIS
United States District Court